UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

OLUWASEYI AYOBAMI ADEOLA,

        Defendant.

Case No. 1:23-cr-148

Hon. Hala Y. Jarbou
Chief United States District Judge

## DEFENDANT OLUWASEYI ADEOLA'S MOTION FOR DOWNWARD VARIANCE

NOW COMES Defendant Oluwaseyi Adeola and respectfully moves this Court to consider a downward variance from his applicable guideline range in accordance with 18 U.S.C. § 3553(a). Mr. Adeola's Brief in Support of this Motion for Variance states several reasons why a variance reducing the guideline sentencing range or the actual sentence in this case is appropriate. Mr. Adeola relies on those facts and arguments in support of this Motion.

Respectfully submitted,

Dated: December 31, 2024

  /s/ Mikayla S. Hamilton
Matthew G. Borgula (P57330)
Mikayla S. Hamilton (P85040)
SBBL LAW, PLLC
60 Monroe Center, Ste. #500
Grand Rapids, Michigan 49503
(616) 458-5500
matt@sbbllaw.com
mikayla@sbbllaw.com