UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

OLUWASEYI AYOBAMI ADEOLA,

    Defendant.
_____/

Case No. 1:23-cr-148-02

Hon. Hala Y. Jarbou

## **ORDER**

The Court held a sentencing hearing on the record, with all parties present, on January 14, 2025.  For the reasons stated on the record,

**IT IS ORDERED** that Defendant Oluwaseyi Adeola's Motion for Downward Variance (ECF No. 123) is **DENIED**.

Dated: January 16, 2025

/s/ Hala Y. Jarbou
HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE